PATRICK H. HICKS, ESQ., Bar # 4632
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:      702.862.8811

KATHRYN A. MRKONICH, ESQ., Bar # 283605
ANDREW J. VOSS, ESQ., Bar # 0241556
REAGAN WILKINS ODEN, ESQ., Bar #0335058
LITTLER MENDELSON
80 South 8th Street
1300 IDS Center
Minneapolis, MN  55402.2136
Telephone:   612.630.1000
Fax No.:      612.630.9626

Attorneys for Defendant
SEARS, ROEBUCK AND CO., d/b/a THE GREAT INDOORS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEIDI HAMILTON,<br><br>          Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND COMPANY, a Foreign Corporation, d/b/a THE GREAT INDOORS,<br><br>          Defendant. | Case No.: CV-S-06-0235 RCJ/LRL<br><br>**STIPULATION REGARDING TRIAL** |

The above-named Plaintiff and Defendant, both parties hereto, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on February 20, 2008, the Court issued an Order dismissing all of Plaintiff Heidi Hamilton's claims against Defendant Sears Roebuck and Company, except her claim under the Consolidated Omnibus Budget Reconciliation Act (COBRA).

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

WHEREAS, the Court's Order directed the parties to submit additional briefing on Plaintiff's COBRA claim, and the parties have submitted the requested briefing.

WHEREAS, the Court's Order indicated its intention to review the briefing and adjudicate Plaintiff's COBRA claim.

The parties hereby agree that the Court's February 20, 2008, Order, which left only for consideration a determination of Plaintiff's COBRA claim, resolved the need for a trial of this matter at this time, and the trial dates set forth in the Court's May 15, 2008, Order Regarding Trial can be vacated accordingly.

Dated; May 20, 2008

/s/ Mary F. Chapman
MARY F. CHAPMAN, ESQ.
MARY F. CHAPMAN, LTD.
7465 W. Lake Mead Blvd., Ste. 100
Las Vegas, NV 89128

**Attorneys for Plaintiff
HEIDI HAMILTON**

Dated: May 20, 2008

WENDY MEDURA KRINCEK, ESQ.
KATHRYN A. MRKONICH, ESQ.
LITTLER MENDELSON, P.C.
80 South 8th Street
1300 IDS Center
Minneapolis, MN 55402

**Attorneys for Defendant
SEARS, ROEBUCK AND COMPANY, a
Foreign Corporation, d/b/a THE GREAT
INDOORS**

Firmwide:85259173.1 016144.1158

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.